# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2011

Robert P. Young, Jr.,
Chief Justice

142370 & (45)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,
      Cross-Appellant,

v

SC: 142370
COA: 291900
Wayne CC: 08-001694-FJ

DEWAYNE JEROME McELRATH,
      Defendant-Appellant,
      Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 30, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2011

Clerk

0427